IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY JEROME WOMACK,

    Plaintiff,                             No. CIV S-10-2778 GEB DAD P

    vs.

C. BAKEWELL et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "Notice of Motion for Discovery Pursuant to Federal Rules of Civil Procedure, Rule 34" in which he seeks various documents that are allegedly retained solely in the possession of the New Folsom Medical Department, Records Division. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's discovery motion (Doc. No. 41) will be placed in the court file and disregarded. Plaintiff is cautioned that further filing

/////

1

of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: May 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
woma2778.411