IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY JEROME WOMACK,

    Plaintiff,   No. 2:10-cv-2778 GEB DAD P

    vs.

C. BAKEWELL et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff has filed a request for a copy of his opposition to defendants' motion for summary judgment, including the exhibits attached thereto. Plaintiff claims that he does not possess a copy of the opposition to summary judgment he filed with the court and needs it to complete his objections to the magistrate judge's findings and recommendations of June 19, 2013. Typically, this court does not provide courtesy copies to litigants. However, in the interest of justice and in order to expedite resolution of the pending motion, the court will provide plaintiff a copy of his opposition and the exhibits attached thereto on this one occasion.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for a copy of his opposition to defendants' motion for summary judgment, including the exhibits attached thereto (Doc. No. 79) is granted; and

/////

1    2. The Clerk of the Court is directed to send plaintiff a courtesy copy of his
2 opposition and the exhibits attached thereto (Doc. Nos. 54-55 & 62).
3 DATED: July 22, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
woma277.copies